United States District Court
Southern District of Texas
FILED

AO 91 (Rev. 11/11) Criminal Complaint

FEB 15 2023

Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Gustavo Manuel MARTINEZ<br>YOB 2000 COB U.S.<br><br>Juan Manuel CAMPOS Jr.<br>YOB: 1997 COB U.S<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 7:23-mj-0305

## SEALED

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 09, 2023** in the county of **Hidalgo** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 26 U.S.C. Section 5861(d) | It shall be unlawful for any person to receive or possess a firearm which is not registered to him in the National Firearms Registration and Transfer Record. |

This criminal complaint is based on these facts:

See Attachment A

☒ Continued on the attached sheet.

Approved by AUSA Robert Guerra

/s/ Stephen Zilko

*Complainant's signature*

**Special Agent Stephen Zilko**

*Printed name and title*

☒ Sworn to telephonically and signed electronically per Fed.R.Cr.4.1

Date: 02/13/2023 @ 1:13

*Judge's signature*

City and state: **McAllen, Texas**

**Juan F Alanis, U.S. Magistrate Judge**

*Printed name and title*

**ATTACHMENT A**

**ATTACHMENT A**

This affidavit is in support of a criminal complaint charging Gustavo Manuel MARTINEZ, hereinafter referred to as "MARTINEZ" and Juan Manuel CAMPOS Jr., hereinafter referred to as "CAMPOS" respectively, with the criminal violation set forth. The evidence available to me demonstrates that there is probable cause that on January 09, 2023, MARTINEZ, and CAMPOS violated Title 26 U.S.C. Section 5861(d).

Further, the Affiant states as follows:

On January 09, 2023, ATF Special Agents with the assistance of Homeland Security Investigations (HSI), conducted an undercover operation to purchase one (1) fully automatic privately made firearm (PMF), AR-15 type rifle from MARTINEZ and CAMPOS for $2,200. Prior to the operation MARTINEZ advised he was willing to sell a fully automatic firearm to an ATF Undercover Agent (hereinafter referred to as ATF UC). During the operation, MARTINEZ and CAMPOS met with an ATF UC at a business located in Mercedes, Texas. MARTINEZ and CAMPOS arrived in a white in color BMW displaying Texas License Plates RPP1839.

During the transaction, the ATF UC engaged MARTINEZ and CAMPOS in conversation regarding the machine-gun. MARTINEZ and CAMPOS acknowledged the firearm being sold was a machine-gun. After the ATF UC paid MARTINEZ and CAMPOS $2,200 dollars for the unregistered fully automatic PMF, they negotiated the future transactions for firearm(s) and machinegun(s) conversion devices (MCD).

The PMF, AR-15 type rifle was examined by an ATF Firearms Enforcement Officer and as a result, the firearm was determined to be a weapon which shoots automatically more than one shot, without manual reloading, by a single function of the trigger; therefore, it is a "machinegun" as defined in 26 U.S.C. § 5845 (b).

Furthermore, it is unlawful for any person to receive or possess a firearm which is not registered to him in the National Firearms Registration and Transfer Record in violation of the provisions of Title 26, to wit: a machinegun rifle as described in 26 U.S.C. 5845(b).

A query of the National Firearms Registration and Transfer Record for MARTINEZ and CAMPOS produced negative results.

The above violation(s) occurred in the Southern District of Texas.